

**FILED**

10:08 am, 8/28/23

**Margaret Botkins
Clerk of Court**

FEDERAL DISTRICT COURT OF WYOMING
STATE OF WYOMING

Travis M. McGregor

Plaintiff

-vs-

Wolfgang Decker

Defendant

_23-CV-152-ABJ_

(Case I.D. Number)

## : AFFIDAVIT: COMPLAINT : CAUSE FOR ACTION :

I, Travis M. McGregor a citizen of the United States of America, of sound mind and body and a legal Member of Vesto, a Wyoming limited liability company, attest to the following factual events that have led to this cause of action and legal complaint, as Pro Se, in the State of Wyoming to be heard by Honorable:

CHIEF JUDGE SCOTT W. SKAVDAHL
Chief United States District Judge for the District of Wyoming
111 South Wolcott
Casper, Wyoming 82601-2534
United States

*************

I ,Travis M. McGregor, claim via this complaint and litigation, that Wolfgang Decker, residing at Brunnwartsweg 2b, 82031, Gruenwald, Germany, Munich Area, Germany, has misappropriated trade secrets from Vesto, a limited liability company with a registered address at 1712 Pioneer Avenue, Suite – 500, Cheyenne,Wyoming, 82001, United States.  Facsimile: +1 (415) 466-3043 ("Vesto").

This complaint is to seek injunctive relief to restrain Defendant from using, developing, filing patent applications, and/or hypothecating the rightful intellectual property of Vesto and its Members' interests inclusively for Defendant's self-dealings that do not involve the Members of Vesto's financial interests in the matter of not providing any technical, meeting notes, and novel material to file patent applications to Plaintiff after nine months of repeated requests.

Plaintiff seeks the full and exclusive assignment and perfection of the chain-of-title of all relevant Vesto intellectual property to the Vesto, for the inclusive benefit of the Members of Vesto.  Relevant information to form protectable and enforceable intellectual property is defined as any and all communications, oral and/or written, between (i) James Wallace, Data Management Architect, Enterprise Architect and Business Strategist at Federated Hermes and (ii) unknow to Plaintiff, representatives of Giesecke+Devrient GmbH.

Cause of action to be brought to the office of:

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, Madam Director Kathi Vidal.

Cause of action to be brought to the office of:

President of the European Patent Office António Campinos. Munich, a branch in The Hague and offices in Berlin, Vienna, and Brussels. Facsimile: +49 (0) 89 2399.

I, Travis M. McGregor, a loyal citizen of the United States of America, of sound mind and body, hereby attest to the factual events that have led to this cause of action and this Federal District Court of Wyoming complaint filing.

By:_____

    Travis M. McGregor
    2015 Granemore Street
    Las Vegas, Nevada 89135
    United States

State of Nevada
County of Clark

Signature _____

(Seal)

NOTARY PUBLIC

My Commission expires: July 28, 2025

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
REBECCA FOX
No. 21-9797-01    My Appointment Expires July 28, 2025

*************

STATE OF WYOMING

COUNTY OF _____

SUBSCRIBED AND SWORN TO BEFORE ME,

on the_____day of_____,

_____

_____
(Signature)

_____
(Name)

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
_____